UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH D. GOLDEN, | 1:04-cv-06603-OWW-LJO-P |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 11) |
| vs. | |
| COLLIER, et al., | **ORDER DISMISSING COMPLAINT/ ACTION** |
| Defendants. | |

Plaintiff, Kenneth D. Golden ("plaintiff"), is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On April 24, 2006, the Magistrate Judge filed Findings and Recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendations were to be filed within twenty (20) days. To date, plaintiff has not filed objections thereto.[1]

//

---

[1] The United States Postal Service returned the order served on plaintiff on May 15, 2006, as undeliverable. A notation on the envelope indicated: Return to Sender - Out of Custody. However, plaintiff has not notified the court of any change in his address. Absent such notice, service at a party's prior address is fully effective. See Local Rule 83-182(f).

1

1  In accordance with the provisions of 28 U.S.C.
2  § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
3  <u>de novo</u> review of this case.  Having carefully reviewed the
4  entire file, the Court finds the Findings and Recommendations to
5  be supported by the record and by proper analysis.
6  Accordingly, IT IS HEREBY ORDERED that:
7  1.  The Findings and Recommendations, filed April 24, 2006,
8  are ADOPTED in full; and,
9  2.  The Complaint, and therefore this action, is DISMISSED
10 pursuant to Local Rule 11-110, and for plaintiff's failure to
11 obey the court's order of March 15, 2006, and failure to state a
12 claim upon which relief can be granted.
13 IT IS SO ORDERED.
14 **Dated:   June 1, 2006**                    /s/ Oliver W. Wanger
   emm0d6                                  UNITED STATES DISTRICT JUDGE